## SHAW v. WILLIAMSON

No. 474P85.

Case below: 75 N.C. App. 604.

Petition by defendant for discretionary review under G.S. 7A-31 denied 1 October 1985.

## SHELBY MUT. INS. CO. v. DUAL STATE CONSTR. CO.

No. 527P85.

Case below: 75 N.C. App. 330.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 1 October 1985.

## SMITH v. STARNES

No. 424PA85.

Case below: 74 N.C. App. 306.

Petition by plaintiff for writ of certiorari to the North Carolina Court of Appeals allowed 5 November 1985.

## SOUTHERN GLOVE MANUFACTURING CO. v. CITY OF NEWTON

No. 454P85.

Case below: 75 N.C. App. 574.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 5 November 1985.

## SPERRY CORP. v. LYNCH

No. 556P85.

Case below: 76 N.C. App. 327.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 5 November 1985.